[No. 13784-1-I. Division One. December 3, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. KEITH ALAN HOEHN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 83-1-00533-3, Lloyd W. Bever, J., entered

August 22, 1983. *Affirmed* by unpublished opinion per Scholfield, A.C.J., concurred in by Coleman and Webster, JJ.